FILED

OCT 10 2024

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEREMY TYLER SHIFFLETT,<br><br>Defendant. | Criminal No.   3:24-CR-47<br><br>Violation:   18 U.S.C. § 3 |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Accessory After the Fact)

On or about August 1, 2023, in Jefferson County, within the Northern District of West Virginia, and elsewhere, defendant **JEREMY TYLER SHIFFLETT**, knowing that an offense against the United States has been committed, to wit, possession with intent to distribute fentanyl mixture, did receive, relieve, comfort, and assist the offenders, Debrah Rosemarie Johnson and Amanda Nicole Potter, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of 18 U.S.C. § 3.

*/s/ Lara K. Omps-Botteicher*
WILLIAM IHLENFELD
United States Attorney

Lara K. Omps-Botteicher
Kyle R. Kane
Assistant United States Attorneys